**Order entered September 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00156-CR**

**THOMAS LINZ JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-58525-S**

**ORDER**

Before the Court is the State's September 22, 2022 first motion to extend the time to file the State's brief. Although the State's motion states it is unopposed and contains a certificate of conference, appellant has filed an objection to the proposed extension. We **GRANT** the motion to the extent we **ORDER** the State's brief filed by **November 8, 2022**.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE